Matthew H. Rice (Bar No. 243752)
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Telephone:   (312) 641-3200
Facsimile:   (312) 641-6492
Email:        mrice@sperling-law.com

Attorneys for Plaintiff Aviation West
Charters, LLC d/b/a Angel MedFlight

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIATION WEST CHARTERS, LLC d/b/a ANGEL MEDFLIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF THE WEST FLEXIBLE BENEFITS PLAN and BANK OF THE WEST, a California corporation,<br><br>    Defendants. | Case No. 3:19-cv-00855-EMC<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Aviation West Charters, LLC d/b/a Angel MedFlight and Defendants Bank of the West Flexible Benefits Plan and Bank of the West, through their attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees and costs.

IT IS SO STIPULATED.

STIPULATION OF DISMISSAL
CASE NO. 3:19-CV-00855-EMC

1

1    DATED: August 8, 2019                SPERLING & SLATER, P.C.

2

3
                                          By:    /s/ Matthew H. Rice
4                                                Matthew H. Rice
                                                 Attorneys for Plaintiff Aviation West Charters,
5                                                LLC d/b/a Angel MedFlight

6

7

8    DATED: August 8, 2019                MUSICK, PEELER & GARRETT LLP

9

10

11                                        By:    /s/ Walter J.R. Traver (with permission)
                                                 Walter J.R. Traver
12                                               Attorneys for Defendants Bank of the West
                                                 Flexible Benefits Plan and Bank of the West
13

14

15

16

17

18                                        GRANTED

19

20                                        Judge Edward M. Chen

21

22

23          DATED: 8/12/2019

24

25

26

27

28

     STIPULATION OF DISMISSAL
     CASE NO. 3:19-CV-00855-EMC

                                          2